# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Axon, Annemarie C. | U.S. District Court, Northern District of Alabama | 07/13/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

United States District Court
1729 5th Avenue North
Birmingham, Alabama 35203

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Mountain Brook City Schools Foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Wallace, Jordan, Ratliff, & Brandt Partnership Interest | $46,931.00 |
| 2. | 2018 | United States of America, federal salary | $86,798.52 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Starnes Davis Florie, self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | John Peter Crook McCall | Tiffany Sterling Gavel, engraved | $500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Federal Credit Untion | loan | J |
| 2. | U.S. Department of Education | loan | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie C. | 07/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ACCOUNT #1 | | | | | | | | | |
| 2. Fidelity Gov't Cash Reserves | A | Dividend | K | T | | | | | |
| 3. Polen Growth Funds Inst'l Shares | C | Dividend | M | T | | | | | |
| 4. | | | | | Buy | 06/08/18 | M | | |
| 5. Aritsotle Value Equity Fund | A | Dividend | K | T | | | | | |
| 6. | | | | | Buy | 07/11/18 | K | | |
| 7. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 8. WCM Focused International Growth Fund | C | Dividend | M | T | | | | | |
| 9. | | | | | Buy | 06/08/18 | M | | |
| 10. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 11. Maingate MLP Fund | B | Dividend | K | T | | | | | |
| 12. | | | | | Buy | 06/08/18 | K | | |
| 13. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 14. Undiscovered MGRS Behavior Fund | D | Dividend | L | T | | | | | |
| 15. | | | | | Buy | 06/08/18 | L | | |
| 16. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 17. Ashmore Emerging Mkt Corp Debt | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie C. | 07/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 06/11/18 | J | | |
| 19. Franklin Temp Emerg Market Debt Opp Adv | A | Dividend | J | T | | | | | |
| 20. | | | | | Buy | 06/08/18 | J | | |
| 21. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 22. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 23. Vanguard Index Funds Mid Cap | A | Dividend | K | T | | | | | |
| 24. | | | | | Buy | 06/11/18 | K | | |
| 25. Vanguard Real Estate ETF | B | Dividend | K | T | | | | | |
| 26. | | | | | Buy | 06/11/18 | K | | |
| 27. Altria Group | A | Dividend | J | T | | | | | |
| 28. | | | | | Sold (part) | 01/19/18 | J | | |
| 29. | | | | | Sold (part) | 02/22/18 | J | | |
| 30. | | | | | Buy (add'l) | 02/26/18 | J | | |
| 31. | | | | | Sold (part) | 03/06/18 | J | | |
| 32. | | | | | Sold (part) | 06/11/18 | J | | |
| 33. Apple Inc | A | Dividend | J | T | | | | | |
| 34. | | | | | Buy | 02/13/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie C. | 07/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 02/22/18 | J | | |
| 36. | | | | | Buy<br>(add'l) | 03/06/18 | J | | |
| 37. | | | | | Sold<br>(part) | 06/11/18 | K | | |
| 38.   Berkshire Hathaway Inc Del Cl B | | None | J | T | | | | | |
| 39. | | | | | Sold<br>(part) | 02/22/18 | J | | |
| 40. | | | | | Buy<br>(add'l) | 02/26/18 | J | | |
| 41. | | | | | Sold<br>(part) | 06/11/18 | J | | |
| 42.   Blackrock inc | A | Dividend | J | T | | | | | |
| 43. | | | | | Sold<br>(part) | 02/22/18 | J | | |
| 44. | | | | | Buy<br>(add'l) | 02/26/18 | J | | |
| 45. | | | | | Sold<br>(part) | 03/06/18 | J | | |
| 46. | | | | | Sold<br>(part) | 06/08/18 | K | | |
| 47. | | | | | Buy<br>(add'l) | 08/21/18 | J | | |
| 48.   CA Inc | A | Dividend | | | | | | | |
| 49. | | | | | Sold<br>(part) | 06/08/18 | J | | |
| 50. | | | | | Sold | 11/05/18 | J | | |
| 51.   Carnival Corp Paired | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie C. | 07/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold<br>(part) | 02/22/18 | J | | |
| 53. | | | | | Sold<br>(part) | 02/22/18 | J | | |
| 54. | | | | | Buy<br>(add'l) | 02/26/18 | J | | |
| 55. | | | | | Sold<br>(part) | 06/11/18 | K | | |
| 56. | | | | | Buy<br>(add'l) | 12/21/18 | J | | |
| 57. Chevron Corp | A | Dividend | J | T | | | | | |
| 58. | | | | | Sold<br>(part) | 06/11/18 | K | | |
| 59. Cinncinati Finl Corp | A | Dividend | J | T | | | | | |
| 60. | | | | | Sold<br>(part) | 02/22/18 | J | | |
| 61. | | | | | Buy<br>(add'l) | 03/06/18 | J | | |
| 62. Cisco Sys Inc | A | Dividend | J | T | | | | | |
| 63. | | | | | Buy<br>(add'l) | 02/26/18 | J | | |
| 64. | | | | | Sold<br>(part) | 06/11/18 | J | | |
| 65. Coca Cola Co | A | Dividend | J | T | | | | | |
| 66. | | | | | Buy<br>(add'l) | 04/09/18 | J | | |
| 67. | | | | | Sold<br>(part) | 06/11/18 | J | | |
| 68. Crown Castle Intl Corp | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie C. | 07/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | J | | Sold (part) | 02/22/18 | J | | |
| 70. | | | | | Buy (add'l) | 02/26/18 | J | | |
| 71. | | | | | Sold (part) | 06/11/18 | J | | |
| 72. Diageo | A | Dividend | J | T | | | | | |
| 73. | | | | | Sold (part) | 02/22/18 | J | | |
| 74. | | | | | Buy (add'l) | 02/26/18 | J | | |
| 75. | | | | | Buy (add'l) | 04/09/18 | J | | |
| 76. | | | | | Sold (part) | 06/11/18 | J | | |
| 77. Dominion Energy | A | Dividend | J | T | | | | | |
| 78. | | | | | Sold (part) | 06/11/18 | J | | |
| 79. Duke Energy | A | Dividend | J | T | | | | | |
| 80. | | | | | Sold (part) | 06/11/18 | J | | |
| 81. Eli Lily& Co | | | | | | | | | |
| 82. | | | | | Sold (part) | 02/13/18 | J | | |
| 83. | | | | | Sold (part) | 02/22/18 | J | | |
| 84. | | | | | Sold | 03/06/18 | J | | |
| 85. Fastenal | | None | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie C. | 07/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 11/26/18 | J | | |
| 87. Franklin Res Inc | A | Dividend | J | T | | | | | |
| 88. General Dynamics | A | Dividend | J | T | | | | | |
| 89. | | | | | Sold (part) | 06/11/18 | K | | |
| 90. | | | | | Sold (part) | 02/22/18 | J | | |
| 91. | | | | | Buy (add'l) | 02/26/18 | J | | |
| 92. | | | | | Sold (part) | 12/05/18 | J | | |
| 93. | | | | | Sold (part) | 12/18/18 | J | | |
| 94. General Electric Co Exec | A | Dividend | | | Sold | 02/13/18 | J | | |
| 95. General Mills | A | Dividend | | | Sold (part) | 03/06/18 | J | | |
| 96. | | | | | Sold | 04/09/18 | J | | |
| 97. Hasbro Inc | A | Dividend | J | T | | | | | |
| 98. | | | | | Sold (part) | 06/11/18 | J | | |
| 99. Intel Corp | A | Dividend | J | T | | | | | |
| 100. | | | | | Sold (part) | 02/22/18 | J | | |
| 101. | | | | | Buy (add'l) | 02/26/18 | J | | |
| 102. | | | | | Sold (part) | 06/11/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie C. | 07/13/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 104. | | | | | Buy (add'l) | 08/07/18 | J | | |
| 105. Kinder Morgan Inc | A | Dividend | J | T | | | | | |
| 106. | | | | | Sold (part) | 06/11/18 | J | | |
| 107. Lowes Cos Inc | A | Dividend | J | T | | | | | |
| 108. | | | | | Sold (part) | 02/22/18 | J | | |
| 109. | | | | | Sold (part) | 06/11/18 | J | | |
| 110. | | | | | | | | | |
| 111. Merck & Co Inc | A | Dividend | J | T | | | | | |
| 112. | | | | | Sold (part) | 06/11/18 | J | | |
| 113. Microsoft Corp | A | Dividend | J | T | | | | | |
| 114. | | | | | Sold (part) | 02/22/18 | J | | |
| 115. | | | | | Buy (add'l) | 02/22/18 | J | | |
| 116. | | | | | Buy (add'l) | 03/06/18 | J | | |
| 117. | | | | | Sold (part) | 12/05/18 | J | | |
| 118. | | | | | Sold (part) | 12/18/18 | J | | |
| 119. Nestle SA | | None | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie C. | 07/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy | 12/05/18 | J | | |
| 121. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 122.   Newmarket Corp | A | Dividend | J | T | | | | | |
| 123. | | | | | Sold (part) | 06/11/18 | J | | |
| 124.   Norfolk Southern Crp | A | Dividend | J | T | | | | | |
| 125. | | | | | Sold (part) | 02/22/18 | J | | |
| 126. | | | | | Buy (add'l) | 02/26/18 | J | | |
| 127. | | | | | Sold (part) | 06/11/18 | K | | |
| 128. | | | | | Buy (add'l) | 08/21/18 | J | | |
| 129. | | | | | Sold (part) | 12/05/18 | J | | |
| 130. | | | | | Sold (part) | 12/18/18 | J | | |
| 131.   Paccar Inc | A | Dividend | J | T | | | | | |
| 132. | | | | | Buy | 03/06/18 | K | | |
| 133. | | | | | Sold (part) | 06/11/18 | J | | |
| 134. | | | | | Buy (add'l) | 08/27/18 | J | | |
| 135.   Paychex Inc | A | Dividend | J | T | | | | | |
| 136. | | | | | Sold (part) | 06/11/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Pfizer Inc | A | Dividend | J | T | | | | | |
| 138. | | | | | Sold<br>(part) | 02/22/18 | J | | |
| 139. | | | | | Buy<br>(add'l) | 02/13/18 | J | | |
| 140. | | | | | Buy<br>(add'l) | 02/26/18 | J | | |
| 141. | | | | | Sold<br>(part) | 03/06/18 | J | | |
| 142. | | | | | Sold<br>(part) | 06/11/18 | J | | |
| 143.  Philip Morris Intl Inc. | A | Dividend | J | T | | | | | |
| 144. | | | | | Sold<br>(part) | 06/11/18 | J | | |
| 145.  Target Corp | A | Dividend | J | T | | | | | |
| 146. | | | | | Sold<br>(part) | 01/22/18 | K | | |
| 147. | | | | | Buy<br>(add'l) | 04/09/18 | J | | |
| 148. | | | | | Sold<br>(part) | 06/11/18 | K | | |
| 149. | | | | | Sold<br>(part) | 08/21/18 | J | | |
| 150.  Texas Instruments Inc | | None | J | T | | | | | |
| 151. | | | | | Buy | 12/05/18 | J | | |
| 152. | | | | | Buy<br>(add'l) | 12/18/18 | J | | |
| 153.  TIAA-CREF Social Choice Bond | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie C. | 07/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold<br>(part) | 02/21/18 | J | | |
| 155. | | | | | Buy<br>(add'l) | 02/22/18 | J | | |
| 156. | | | | | Sold<br>(part) | 06/08/18 | L | | |
| 157. | | | | | Buy<br>(add'l) | 12/12/18 | J | | |
| 158.  United Parcel Svc Inc | A | Dividend | J | T | | | | | |
| 159. | | | | | Buy | 01/22/18 | J | | |
| 160. | | | | | Buy<br>(add'l) | 02/08/18 | J | | |
| 161. | | | | | Sold<br>(part) | 02/22/18 | J | | |
| 162. | | | | | Buy<br>(add'l) | 02/26/18 | J | | |
| 163. | | | | | Sold<br>(part) | 06/11/18 | J | | |
| 164.  Verizon Communications | A | Dividend | J | T | | | | | |
| 165. | | | | | Sold<br>(part) | 06/11/18 | J | | |
| 166.  Wells Fargo Co | A | Dividend | J | T | | | | | |
| 167. | | | | | Sold<br>(part) | 02/22/18 | J | | |
| 168. | | | | | Buy<br>(add'l) | 02/26/18 | J | | |
| 169. | | | | | Sold<br>(part) | 06/11/18 | K | | |
| 170.  GPB Holdings II LP | C | Distribution | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. | | | | | Buy | 02/15/18 | K | | |
| 172. | | | | | | | | | |
| 173. ACCOUNT # 2 | | | | | | | | | |
| 174. Synovus Cash Account | | None | L | T | | | | | |
| 175. | | | | | | | | | |
| 176. Account # 3 | | | | | | | | | |
| 177. Northern Funds Stock Index 529 | A | Dividend | J | T | | | | | |
| 178. William Blair Small Cap 529 | A | Dividend | J | T | | | | | |
| 179. Northern Funds International Equity 529 | A | Dividend | J | T | | | | | |
| 180. Main Stay Total Return Bond 529 | A | Dividend | J | T | | | | | |
| 181. DFA US Large Cap Value 529 | A | Dividend | J | T | | | | | |
| 182. | | | | | | | | | |
| 183. Account # 4 | | | | | | | | | |
| 184. FidelityGovernment Cash Reserves | A | Dividend | K | T | | | | | |
| 185. Fidelity International Small Cap | A | Dividend | J | T | | | | | |
| 186. | | | | | Buy | 07/10/18 | K | | |
| 187. Polen Growth Fund Inst'l Shares | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie C. | 07/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy | 07/10/18 | L | | |
| 189. Aristotle Value Equity Fund CL 1 | A | Dividend | L | T | | | | | |
| 190. | | | | | Buy | 07/10/18 | L | | |
| 191. WCM Focused intl Growth Fund | B | Dividend | L | T | | | | | |
| 192. | | | | | Buy | 07/10/18 | K | | |
| 193. Undiscovered MGRs Behavior Value CL 1 | B | Dividend | K | T | | | | | |
| 194. | | | | | Buy | 07/10/18 | L | | |
| 195. Victory Sycamore Established Value I | A | Dividend | K | T | | | | | |
| 196. | | | | | Buy | 07/10/18 | K | | |
| 197. American Beacon SND PT FLT RT INC | A | Dividend | K | T | | | | | |
| 198. | | | | | Buy | 07/10/18 | K | | |
| 199. Ashmore Emerging MKT Corp. Debt | A | Dividend | K | T | | | | | |
| 200. | | | | | Buy | 07/10/18 | K | | |
| 201. Vanguard Index FDS Vanguard Mid Cap | A | Dividend | K | T | | | | | |
| 202. | | | | | Buy | 07/11/18 | K | | |
| 203. Vanguard Real Estate ETF | A | Dividend | K | T | | | | | |
| 204. | | | | | Buy | 07/11/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. Account #5 | | | | | | | | | |
| 207. Northern Funds Stock Index 529 | A | Dividend | J | T | | | | | |
| 208. William Blair Small Cap 529 | A | Dividend | J | T | | | | | |
| 209. Northern Funds International Equity 529 | A | Dividend | J | T | | | | | |
| 210. Main Stay Total Return Bond 529 | A | Dividend | J | T | | | | | |
| 211. DFA US Large Cap 529 | A | Dividend | J | T | | | | | |
| 212. | | | | | | | | | |
| 213. Account # 6 | | | | | | | | | |
| 214. T. Rowe Price Growth Stock Inv | D | Dividend | J | T | | | | | |
| 215. Vanguard Target Retirement 2040 | A | Dividend | J | T | | | | | |
| 216. Vanguard Target Retirement 2035 | C | Dividend | J | T | | | | | |
| 217. | | | | | | | | | |
| 218. Account # 7 | | | | | | | | | |
| 219. Fidelity Cash Account | | None | K | T | | | | | |
| 220. | | | | | Distributed (part) | 10/24/18 | J | | |
| 221. JP Morgan ETF Trust Ultra Short | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie C. | 07/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Annemarie C. Axon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544